UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Pet−Ag, Inc.

                              Plaintiff,

v.                                                                      Case No.: 1:23−cv−00537
                                                                         Honorable John F. Kness

Viglers LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided by Plaintiff, the motion [16] for default judgment is granted. Enter separate judgment order and permanent injunction, which shall serve as the final judgment in this case. Plaintiff's claims against the unnamed Defendants are dismissed without prejudice. The hearing set for 5/18/2023 is stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.