IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PET-AG, INC.**, a Delaware corporation,, | Case No: 1:23-cv-537 |
| Plaintiff, | |
| v. | Hon. John F. Kness |
| **VIGLERS LLC**, a Florida limited liability company, and **JOHN DOES 1-10**, individually or as corporations/business entities, | |
| Defendants. | |

## JUDGMENT ON DEFAULT AND PERMANENT INJUNCTION

Having considered the Motion for Default Judgment ("Motion") filed by Plaintiff Pet-Ag, Inc. ("Plaintiff") against Defendant Viglers LLC ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

Plaintiff's Motion is GRANTED.

1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in this matter against Defendant on Plaintiff's claims for trademark infringement in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a) (Count I of the complaint); unfair competition in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A) (Count II); violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 – 510/7 (Count III); common law trademark infringement (Count IV); and tortious interference with existing contracts and business relationships (Count V).

2. This Judgment also constitutes a permanent injunction. *See* 15 U.S.C. § 1116(a). The injunctive relief provisions of this judgment apply to Defendant as well as Defendant's agents, owners, servants, employees, and all persons or entities in active concert or participation with Defendant (collectively, the "Enjoined Parties").

3. Plaintiff has valid and subsisting trademarks. These trademarks include, but are not limited to: Bene-Bac® (U.S. Trademark Reg. No. 3075370); Bospro® (U.S. Trademark Reg. No. 0948025); Boundary® (U.S. Trademark Reg. No. 1019191); Cat-Sip® (U.S. Trademark Reg. No. 1788940); DYNE® (U.S. Trademark Reg. No. 1769634); EMT® (U.S. Trademark Reg. No. 3201047); Esbilac® (U.S. Trademark Reg. No. 0439707); Fawn-Lac® (U.S. Trademark Reg. No. 5763928); Fermacto® (U.S. Trademark Reg. No. 0643350); Foal-Lac® (U.S. Trademark Reg. No. 1043942); Fresh n' Clean® (U.S. Trademark Reg. Nos. 1635271, 1433494, 1638093, 1644222, 2984276); GME® (U.S. Trademark Reg. No. 2013508); KMR® (U.S. Trademark Reg. No. 0961028); Linatone® (U.S. Trademark Reg. No. 0823586); Mirra Coat® (U.S. Trademark Reg. No. 0768257); Multi-Milk® (U.S. Trademark Reg. No. 3057034); Pet-Ag® (U.S. Trademark Reg. No. 73683523); PetAg® (U.S. Trademark Reg. No. 1831054); PetLac® (U.S. Trademark Reg. No. 2608762); PET Pectillin® (U.S. Trademark Reg. No. 0980872); Prozyme® (U.S. Trademark Reg. No. 2318171); Shed Relief® (U.S. Trademark Reg. No. 3162728); Trophy® (U.S. Trademark Reg. No. 1701351); and Zoologic® (U.S. Trademark Reg. No. 1843830) (collectively, the "Pet-Ag Trademarks").

4. The Enjoined Parties are prohibited from:

(a) Advertising or selling all Pet-Ag products or any products bearing the Pet-Ag Trademarks through **any storefront** on www.amazon.com ("Amazon"), including, **but not limited to**, the Amazon storefront that is currently called "Your Unique Store." and has an Amazon Merchant ID number of AP72YTIQSCKMK;

(b) Advertising or selling, **through any medium** (including **all Internet and non-Internet channels**), all Pet-Ag products or any products bearing the Pet-Ag Trademarks;

  (c) Importing, exporting, manufacturing, producing, distributing, circulating, selling, offering to sell, advertising, promoting, or displaying any and all Pet-Ag products as well as any products bearing any of the Pet-Ag Trademarks; and

  (d) Disposing of, destroying, altering, moving, removing, concealing, or tampering with any records related to any products sold by them which contain the Pet-Ag Trademarks including: invoices, correspondence with vendors and distributors, bank records, account books, financial statements, purchase contracts, sales receipts, and any other records that would reflect the source of the products that Defendant has sold bearing these trademarks.

5. The Enjoined Parties must also destroy or return to Pet-Ag all Pet-Ag products or products bearing the Pet-Ag Trademarks that are in the Enjoined Parties' possession, custody, or control.

6. Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this Order is binding upon the following persons who receive actual notice of it: Defendant, Defendant's officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Defendant or Defendant's officers, agents, servants, employees, and attorneys.

7. This Court shall retain jurisdiction of this matter in law and in equity for the purpose of enforcing and/or adjudicating claims in violation of this Judgment and Permanent Injunction. Any such matters shall be raised by noticed motion.

8. Pet-Ag's claims against John Does 1-10 are dismissed without prejudice.

9. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this 2nd day of May 2023.

_____
JOHN F. KNESS
United States District Judge